IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:09-cv-550-D

| | |
|---|---|
| JONATHAN W. SUPLER, an individual; on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST REVENUE ASSURANCE, LLC, a Delaware Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, <br><br> Defendant. | **STIPULATION OF DISMISSAL** |

NOW COMES the Plaintiff, JONATHAN W. SUPLER, through his attorney, and the Defendant, FIRST REVENUE ASSURANCE, LLC, through its attorney, and hereby stipulate that this matter is dismissed with prejudice as it pertains to Supler individually and that this matter is dismissed without prejudice as it pertains to the putative class. Each party shall bear its own costs.

/s/ Sarah E. Doerr
John K. Rossman, MN State Bar No. 244831
Sarah E. Doerr, MN State Bar No. 338679
Of Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402
(612) 877-5000
RossmanJ@moss-barnett.com
DoerrSarah@moss-barnett.com

/s/ Philip D. Stern
Philip D. Stern
Philip D. Stern & Associates, LLC
697 Valley Street, Suite 2D
Maplewood NJ 07040-2642
Telephone: (973)644-0770
Telefacsimile: (973)532-0866
NJ State Bar No. 049521984
pstern@philipstern.com
*Counsel for Plaintiff*

*Counsel for Defendant*

Caren D. Enloe
Of Morris Manning & Martin, LLP
NC State Bar No. 17394
PO Drawer 12768
Research Triangle Park NC 27709
Telephone: (919)806-2969
Telefacsimile: (919)806-2057
cenloe@mmmlaw.com
*Local Rule 83.1 Counsel for Defendant*

Peter R. Shedor
Shedor Law Firm, PLLC
401 High House Road, Suite 140
Cary, NC 27513
pete@shedorlawfirm.com
Telephone: (919)461-7017
Telefacsimile: (919)461-7018
NC State Bar No. 16050
*Local Rule 83.1 Counsel for Plaintiff*